No. 2,412.—THE STATE OF MONTANA EX REL. JACOB DOERR ET AL., RELATORS, *v.* DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT and HON. J. M. CLEMENTS, a JUDGE THEREOF, RESPONDENTS.

ORIGINAL application for writ of supervisory control to annul and set aside a peremptory writ of mandamus ordered issued by Hon. J. M. Clements, a Judge of the District Court of Lewis and Clark County.

Decided February 20, 1907.

PER CURIAM.—The motion to dismiss the order to show cause why a writ of supervisory control should not issue herein, heretofore argued by counsel and taken under advisement, is hereby sustained and the proceeding dismissed.

MR. JUSTICE SMITH, deeming himself disqualified, takes no part in the foregoing decision.

*Messrs. McConnell & McConnell,* for Relators.

*Mr. E. A. Carleton,* for Respondents.